**BANKERS INSURANCE COMP**

20170027

Supreme Court of Utah.

04/03/2017

20160967

Petition for Writ of Certiorari Denied.

**MULDER**

v.

**STATE**

20161001

Supreme Court of Utah.

03/10/2017

20140642, 385 P.3d 708

Petition for Writ of Certiorari Denied.

2017 UT 14

Mark C. HAIK, Appellant,

v.

**SALT LAKE CITY CORPORATION,**
Appellee.

No. 20160019

Supreme Court of Utah.

Filed March 10, 2017